## CITATION
(LONG ARM LSA R.S. 13:3201 et seq.)

ROBERT GRANIER et al                           23RD JUDICIAL DISTRICT COURT

VERSUS                                         PARISH OF ASCENSION

FIREMANS FUND INSURANCE COMPANY OF LA et al    STATE OF LOUISIANA

DOCKET NUMBER: 00095663D

TO:  SKECHERS USA INC
     228 MANHATTAN BEACH BOULEVARD #200
     MANHATTAN BEACH, CA  90266

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LAS. R.S. 13:3201 et seq, OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney GAUDIN, GARY M and was issued by the Clerk of Court on the 15TH day of MARCH, 2010.

_____
Deputy Clerk of Court for
Kermit "Hart" Bourque, Clerk of Court

Also attached are the following documents:

INTERROGATORIES (30 Days to Answer)
REQUEST FOR PRODUCTION OF DOCUMENTS

****************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************

0015

**EXHIBIT A**

CITATION
(LONG ARM LSA R.S. 13:3201 et seq.)

ROBERT GRANIER et al                    23RD JUDICIAL DISTRICT COURT

VERSUS                                  PARISH OF ASCENSION

FIREMANS FUND INSURANCE COMPANY OF LA et al    STATE OF LOUISIANA

DOCKET NUMBER: 00095653D

TO:   SKECHERS USA, INC.
      228 MANHATTAN BEACH BOULEVARD #200
      MANHATTAN BEACH, CA. 90266

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq., OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney GAUDIN, GARY M and was issued by the Clerk of Court on the 15TH day of MARCH, 2010.

_____
Deputy Clerk of Court for
Kermit "Hart" Bourque, Clerk of Court

*Also attached are the following documents:

   INTERROGATORIES (30 Days to Answer)
   REQUEST FOR:  *PRODUCTION OF DOCUMENTS

****************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************

0015



DIVISION D

| | | |
|---|---|---|
| ROBERT GRANIER, ET UX | : | 23RD JUDICIAL DISTRICT COURT |
| VS., 95,603  DIV: "__" | : | PARISH OF ASCENSION |
| FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA, ET AL | : | STATE OF LOUISIANA |
| FILED:_____ | : | _____<br>DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel, come, ROBERT GRANIER and JACKIE C. GRANIER, domiciliaries of St. James Parish, State of Louisiana of full age of majority, who respectfully represent as follows:

1.

Made defendants herein are:

(1) SKECHERS U.S.A., INC., which corporation can be served via the Louisiana Long-Arm Statute at 228 Manhattan Beach Boulevard, #200, Manhattan Beach, California 90266;

(2) FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA, a domestic insurer domiciled, authorized to do and doing business in the State of Louisiana; and

(3) JANE DOE, a resident of the full age of majority of the Parish of Ascension, State of Louisiana, responsible for stocking merchandise with a dolly floor cart at Skechers U.S.A. Inc., retail store located at 2210 South Tanger Blvd., Gonzales, Louisiana.

Said defendants are truly and justly indebted unto your Petitioners for such sums as are reasonable and proper for the following, to-wit:

2.

On or about March 17, 2009, Petitioner, JACKIE C. GRANIER was shopping in the Skechers U.S.A. retail store #186 located at 2210 South Tanger Blvd., Gonzales, Louisiana in the Parish of Ascension, which is owned and operated by SKECHERS U.S.A., INC.

G:\WPS1\PGRANIER,JACKIE\PETITION

.3.

Defendant, JANE DOE, is an unidentified individual being named fictitiously herein until such person is identified by Skechers in its responses to the attached discovery who was responsible for the use and placement of a floor dolly cart that was left in a passageway or aisle in defendant's store at all times pertinent hereto.

4.

On or about March 17, 2009, JACKIE C. GRANIER was a patron shopping in the Skechers store, when suddenly and without warning her feet became entangled in a floor dolly cart causing her to fall and strike the floor forcibly.

5.

An inspection of the area revealed that defendant's employee, JANE DOE, left the floor dolly cart unattended in the store's passageway and aisle.

6.

Petitioners further show that the sole cause of the aforesaid incident resulting in personal injury and losses to them was the fault and/or negligence of the defendants, which negligence consists of, but is not limited to the following, to-wit:

(A) In failing to remove the floor dolly cart from the passageway and aisle;

(B) In disregarding the safety of Jackie C. Granier and other store patrons;

(C) In failing to see what they should have seen, and if they saw, in failing to act in a reasonable and prudent manner to avoid the damages herein complained of;

(D) In management's failure to take corrective measures to prevent trip hazards such as floor dolly carts from being left unattended in the store's passageways and aisles; and

(E) Other acts of fault and negligence, the form and substance of which will be more fully ascertained at the trial of this matter.

C:\WPS1\PNGRANIER.JACKIE\PETITION

7.

As a result of the impact with the dolly cart and floor surface, Petitioner, JACKIE C. GRANIER, received leg, shoulder, cervical and lumbar connective tissue injuries, among other injuries about the body as a whole. Petitioner has suffered past physical pain, suffering, and mental anguish and has been forced to incur medical expenses. Petitioner will be forced to endure pain, suffering, and mental anguish in the future, and may incur future medical expenses.

8.

Petitioner, JACKIE C. GRANIER, alleges that above acts of fault and negligence resulted in her striking the dolly cart and floor surface in Skechers retail store with such force that she suffered, continues to suffer, and will suffer in the future, the following non-exclusive damages:

   A. Extreme mental pain, anguish, and distress, past and future;

   B. Extreme physical pain and suffering, past and future;

   C. Loss of Enjoyment of Life;

   D. Medical Expenses, past and future;

   E. Loss of income and/or diminished earning capacity, past and future; and

   F. Other damages to be more fully set forth at trial of this matter.

9.

Petitioner, ROBERT GRANIER, alleges that as a result of the above described incident and injuries to his wife, JACKIE C. GRANIER, he has suffered and will continue to suffer losses of consortium in the following, non-exclusive particulars:

   A. Extreme grief, mental anguish and distress, past and future;

   B. Loss of financial support, past and future;

   C. Loss of companionship, love and affection, past and future;

   D. Loss of services, past and future;

   E. Loss of conjugal relations, past and future;

G:\WPS1\PNGRANIER,JACKIE\PETITION

F. Loss of enjoyment of life, past and future; and,

G. Other elements of consortium and damages to be more fully set forth at trial of this matter.

10.

Upon information and belief, at all times relevant hereto, FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA had issued a policy of commercial general liability insurance insuring against the negligent acts of defendant, SKECHERS U.S.A., INC. and its employees, that was in full force and effect at the time of the incident described herein, which policy inures to the benefit of petitioners under the Louisiana Direct Action Statute, LSA-R.S. 22:655.

11.

It is specifically averred that JANE DOE was in the course and scope of her employment with SKECHERS U.S.A., INC., a division of which is operating as Skechers #186, rendering said company vicariously liability for the negligent acts of its employees.

WHEREFORE, YOUR PETITIONERS PRAY that the defendants be duly cited and served and ordered to appear herein and respond hereto and that after all due proceedings had, there be Judgment rendered herein in favor of your Petitioners, ROBERT GRANIER and JACKIE C. GRANIER, and against the defendants, SKECHERS U.S.A., INC., FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA and JANE DOE, defendant's employee responsible for stocking merchandise with a dolly floor cart at Skechers U.S.A. Inc., retail store located at 2210 South Tanger Blvd., Gonzales, Louisiana being named fictitiously until said individual is properly identified by defendants in discovery, jointly, individually and solidarily, for such sums as are reasonable and proper in the above and foregoing premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings, including but not limited to expert witness fees.

G:\WPS1\F\GRANIER,JACKIE\PETITION

PETITIONERS FURTHER PRAY for any and all additional legal or equitable relief, which this Honorable Court may deem necessary and proper.

RESPECTFULLY SUBMITTED

GARY M. GAUDIN, APLC
712 North Burnside Avenue
Gonzales, Louisiana 70737
(225) 644-5612
Attorney for Petitioners

Fax (225) 644-5012

_____
Gary M. Gaudin (#23089)

and

TIMOTHY E. PUJOL (#19117)
PUJOL & PRYOR
12320 La. Hwy. 44, Bldg. 4, Ste. 3
Gonzales, Louisiana 70737

Phone: 225-644-0607
Fax: (225) 644-1688

PLEASE SERVE:

SKECHERS U.S.A., INC.
Via the Louisiana Long-Arm Statute at by forwarding a Certified copy of the Petition to:
228 Manhattan Beach Boulevard, #200
Manhattan Beach, California 90266

FIREMAN'S FUND INSURANCE COMPANY OF LOUISIANA
Through its agent for service of process:
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

A TRUE COPY
Deputy Clerk & Recorder
ASCENSION PARISH 3/16/10

G:\WP51\PNGRANIER\JACKIE\PETITION